**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| VSTREAM TECHNOLOGIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>PLR IP HOLDINGS LLC, PLR ECOMMERCE LLC, PLR BRAND SERVICES LLC; C&A IP HOLDINGS LLC, C&A MARKETING INC., C&A LICENSING LLC; DRIFT INNOVATION INC., DRIFT INNOVATION LTD.; AND CONTOUR LLC, | **Civil Action No. 6:15-cv-00974-JRG-JDL**<br><br>*Consolidated with* **Civil Action Nos. 6:15-cv-976 and 6:15-cv-977**<br><br>**STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE** |
| VSTREAM TECHNOLOGIES, LLC<br><br>Plaintiff,<br><br>v.<br><br>MOTOROLA MOBILITY LLC, BLACKBERRY LTD., BLACKBERRY CORP. | |
| VSTREAM TECHNOLOGIES, LLC<br><br>Plaintiff,<br><br>v.<br><br>RICOH IMAGING AMERICAS CORPORATION, RICOH AMERICAS CORPORATION, RICOH USA INC., RICOH IMAGING COMPANY LTD., AND RICOH COMPANY LTD.,<br>Defendants. | |

## STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE

Plaintiff DBEZ Firenze LLC and Defendant Motorola Mobility LLC ("Defendant"), pursuant to Fed. R. Civ. P. 41(a)(2), hereby jointly move for an order dismissing all claims asserted by Plaintiff DBEZ Firenze LLC against Defendant WITH PREJUDICE, dismissing Defendant's claims for declaration of non-infringement against Plaintiff DBEX Firenze LLD WITH PREJUDICE and dismissing Defendant's claims for declaration of invalidity WITH PREJUDICE with each party to bear its own costs, expenses and attorneys' fees.

Dated: February 21, 2017

| Respectfully submitted, | Respectfully submitted: |
|---|---|
| /s/      *Jonathan E. Retsky*       | /s/ *Kelly D. Hine*         |
| Jonathan E. Retsky | Kelly D. Hine |
| Illinois State Bar No. 620184 | Texas Bar No. 24002290 |
| jretsky@winston.com | khine@perkinscoie.com |
| WINSTON & STRAWN LLP | PERKINS COIE LLP |
| 35 West Wacker Drive | 500 N. Akard Street, Suite 3300 |
| Chicago, IL 60601 | Dallas, TX 75201 |
| Tel: (312) 558-5600 | Tel: (214) 965-7700 |
| Fax:(312) 558-5700 | Fax: (214) 965-7799 |
| **ATTORNEY FOR DEFENDANT MOTOROLA MOBILITY LLC** | **ATTORNEY FOR PLAINTIFF DBEZ FIRENZE LLC** |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on February 21, 2017.

*/s/ Jonathan E. Retsky*